UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JAMES BLAND,

    Petitioner,

v.

STATE OF NEVADA, et al.,

    Respondents

Case No. 2:17-cv-03113-JAD-GWF

**ORDER**

The court directed petitioner to file an amended petition because the grounds that petitioner alleged in his original petition were too vague. Petitioner has not filed an amended petition within the allotted time. Petitioner did file a document entitled "Answer and Response" in which he states, "Comes now the above did not get a fair trial, the trial court hindered his defense, . . . he did not testify at his trial"[1] Even if the court were to consider this document an amended petition, it still is far too vague. So, the court dismisses this action for failure to obey a court order. The dismissal is without prejudice, but petitioner still will be responsible for commencing any new action within the time limits of 28 U.S.C. § 2244(d). And because reasonable jurists would not find the court's conclusion to be debatable or wrong, the court will not issue a certificate of appealability.

IT THEREFORE IS ORDERED that **this action is DISMISSED** without prejudice for petitioner's failure to file an amended petition in compliance with the court's order. The Clerk of the Court is directed to ENTER JUDGMENT accordingly and close this case. A certificate of appealability will not issue.

Dated August 7, 2018

_____
JENNIFER A. DORSEY
United States District Judge

---

[1] ECF No. 12 (citation omitted).